NUMBER 13-07-00229-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LINDA DOROTHY SWANEY, Appellant,


v.



THOMAS EDWARD SWANEY, Appellee. 

 ____________________________________________________________


On appeal from the 377th District Court 


of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellee, Thomas Edward Swaney, has filed a motion to dismiss restricted appeal
on grounds that the appellant, Linda Dorothy Swaney, has failed to file her brief. The
appellant's brief in the above cause was due on March 5, 2008. On June 3, 2008, the
Clerk of the Court notified appellant that the brief had not been timely filed and that the
appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate
Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant
reasonably explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief. To date, appellant has neither filed her brief in this
matter nor otherwise responded to the Court's notice.

 Appellant has failed to either reasonably explain her failure to file a brief, file a
motion for extension of time to file her brief, or file her brief. Accordingly, the appellee's
motion to dismiss restricted appeal is GRANTED and the appeal is DISMISSED FOR
WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 18th day of September, 2008.